

P51506/E.Rivera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Elisha Rivera, Senior United States Probation Officer

RE:     Mohammed Al Kokabani

DATE:   January 01, 2008

**08 CRIM 104**

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On April 16, 2007, the above-named individual was sentenced in the Eastern District of Northen Carolina outlined in the attached J & C.

In November 2007, we received the Prob. 22's endorsed by the Honorable Louise W. Flanagan, U.S. District Court Judge, ordering Mr. Al Kokabani's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5188.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Elisha Rivera
Senior U.S. Probation Officer

DOCUMENT ELECTRONICALLY FILED
FEB 13 2008